FILED

2003 OCT 29  A 11: 19

US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BESS GILMORE | CASE NUMBER |
| Plaintiff, | 303 CV1197 (DJS) |
| - against - | |
| DAN C. BOLIN, D/B/A JOE DAVIS PAWNBROKER, CAROL BOLIN, A/K/A CAROL A. BOLIN AND NUTMEG FINANCE CORPORATION, | OCTOBER 27, 2003 |
| Defendant | |

## PLAINTIFF'S MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41

The Plaintiff, Bess Gilmore, herein moves pursuant to Rule 41 of the Federal Rules of Civil Procedure that the above-referenced action against Defendants Dan C. Bolin, d/b/a Joe Davis Pawnbroker, Carol Bolin, a/k/a Carol A. Bolin and Nutmeg

Finance Corporation, be dismissed with prejudice by Stipulation of all parties to this action.

        THE PLAINTIFF,
        BESS GILMORE

By: _____
      Douglas Gilmore

THE DEFENDANTS,
Dan C. Bolin, D/B/A, Joe Davis Pawnbroker, Carol Bolin, A/K/A Carol A. Bolin and Nutmeg Finance Corporation

BY: _____
ROBERT G. GOLGER
Fed Bar No. CT03116
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06825
(203) 255-9928

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 27th day of October, 2003 to the following:

Douglas Gilmore, Esquire
11 Harding Lane
Westport, CT 06880

ROBERT G. GOLGER